UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENJAMIN C. SANCHEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>CDCR CALIFORNIA, et al.,<br><br>            Defendants. | Case No. 2:25-cv-01123-WLH-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Docket No. 1), the Order Re Complaint (Docket No. 8), and the Report and Recommendation of the magistrate judge (Docket No. 12, "Report"). Plaintiff did not file any timely objection to the Report or timely seek additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: 6/23/25

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE