JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENJAMIN C. SANCHEZ, | Case No. 2:25-cv-01123-WLH-JDE |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CDCR CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: 6/24/25

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE